Scheindlin, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- x

1199 SEIU UNITED HEALTHCARE WORKERS EAST,

               Plaintiff,

vs.

ATLANTIC HIGHLANDS NURSING HOME,

               Defendant.

-------------------------------------- x

Case No. 07-CV-3593 (SAS)

### Notice of Voluntary Dismissal

PLEASE TAKE NOTICE that plaintiff 1199 SEIU UNITED HEALTHCARE WORKERS EAST hereby dismisses the above-captioned action without prejudice pursuant to FRCP 41(a), in favor of arbitration of the dispute. Defendant ATLANTIC HIGHLANDS NURSING HOME has not filed an answer and has not otherwise appeared in this action.

Dated:   New York, New York
          June 18, 2007

                              MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

                              Lowell Peterson (LP 5405)
                              Attorneys for Plaintiff
                              1350 Broadway, Suite 501
                              P.O. Box 822
                              New York, New York 10018-0026
                              (212) 239 4999
                              lpeterson@msek.com

SO ORDERED:

[signature] U.S.D.J.

6/18/07

86844